UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20781-BB

RENZO BARBERI,

        Plaintiff,

vs.

ACOSTA ELECTRONICS 1, INC., a Florida Profit Corporation and ACTION CAPPA, LLC, a Florida Limited Liability Company,
        Defendants.
_____/

## NOTICE OF SETTLEMENT

    The undersigned counsel hereby files this Notice of Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, RENZO BARBERI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20781-BB

RENZO BARBERI,

      Plaintiff,

vs.

ACOSTA ELECTRONICS 1, INC., a Florida Profit Corporation and ACTION CAPPA, LLC, a Florida Limited Liability Company,
      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 28, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

## **SERVICE LIST:**

RENZO BARBERI vs. ACOSTA ELECTRONICS 1, INC., a Florida Profit Corporation and ACTION CAPPA, LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 1:25-cv-20781-BB

**ACOSTA ELECTRONICS 1, INC.**

**REGISTERED AGENT:**

Galvez, Juan J., Sr.
17 E Lucy Street
Homestead, FL 33034

**VIA U.S. MAIL**

**ACTION CAPPA, LLC**

**ATTORNEYS:**

Jackson Lewis P.C.
100 S. Ashley Drive, Suite 2200
Tampa, FL 33602
Telephone: 813-512-3210
Facsimile: 813-512-3211
Email: amy.recla@jacksonlewis.com, ryan.soscia@jacksonlewis.com

**VIA CM/ECF**